UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| VICTORIA R. CANNATA and VINCENT CANNATA, JR., BENEFICIARY OF RICHARD STOLL, EXECUTOR FOR SHELTER LAND FAMILY TRUST,<br><br>Plaintiffs,<br><br>vs.<br><br>MICHAEL J. CAVANAGH, CFO, JP MORGAN CHASE & CO., WAMU CHASE California Reconveyance Company, FIDELITY NATIONAL TITLE AGENCY OF NEVADA,<br><br>Defendants. | 2:11-CV-00410-PMP-LRL<br><br>**ORDER** |

Before the Court for consideration are Defendant Fidelity National Title Agency of Nevada's Motion to Quash Service and to Dismiss Complaint (Doc. #3) filed May 6, 2011, and Defendant's Motion to Quash Service and to Dismiss Complaint (Doc. #5) filed May 6, 2011.

Plaintiffs have been advised by the Court of their obligation to file a timely Response to Defendant's motions. Nonetheless, Plaintiff has failed to do so and therefore consents to the granting of the relief requested by Defendant.

///

///

///

**IT IS ORDERED that** Defendant Fidelity National Title Agency of Nevada's Motion to Quash Service and to Dismiss Complaint (Doc. #3) is **GRANTED**.

**IT IS FURTHER ORDERED that** Defendant's Motion to Quash Service and to Dismiss Complaint (Doc. #5) is **GRANTED**.

DATED: June 14, 2011.

_____
PHILIP M. PRO
United States District Judge